UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Kinney et al.        Plaintiff,

    -against-

1:21 Civ. 05848 (ALC)

MOTION FOR ADMISSION

PRO HAC VICE

International Business Machines Corporation     Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brantley Ross Pringle, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tom Kierl, Constance Lewis, Sheri Parr, Paul Pham, Chris Mancuso and Wilbert Talmadge in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 7/27/21

Respectfully Submitted,
Brantley Ross Pringle, Jr.
Applicant Signature: *[signature]*
Applicant's Name: Brantley Ross Pringle, Jr.
Firm Name: Wright & Greenhill, PC
Address: 900 Congress Avenue, Suite 500
City/State/Zip: Austin, Texas 78701
Telephone/Fax: 512-476-5382 / 512-476-5382 Fax
Email: rpringle@w-g.com