UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kinney et al.         Plaintiff,

-against-

International Business Machines Corporation         Defendant.

1:21 cv 05848 (ALC)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Brantley Ross Pringle, Jr., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Texas; and that his/her contact information is as follows (please print):

Applicant's Name: Brantley Ross Pringle, Jr.

Firm Name: Wright & Greenhill PC

Address: 900 Congress Avenue, Suite 500

City / State / Zip: Austin, Texas 78701

Telephone / Fax: 512-476-5382 / 512-476-5382 Fax

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tom Kierl, Constance Lewis, Sheri Parr, Paul Pham, Chris Mancuso, and Wilbert Talmadge in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____

United States District / Magistrate Judge