```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/13/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY KINNEY, et al., | |
| Plaintiffs, | Case No. 1:21-cv-05848 |
| v. | ECF Case |
| INTERNATIONAL BUSINESS MACHINES CORP., | **ORDER FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

The motion of Alison B. Marshall for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and the Bar of the State of Michigan; and that her contact information is as follows:

> Applicant's Name: Alison B. Marshall
> Firm Name: Jones Day
> Address: 51 Louisiana Ave., N.W., Washington, D.C. 20001
> Telephone: (202) 879-7611
> Facsimile: (202) 626-1700

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant International Business Machines ("IBM") Corp. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/13/2021
_____
New York, New York

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE