```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/16/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kinney et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Case No. 1:21-cv-05848 <br><br> ECF Case <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Austin Kaplan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared he is a member in good standing of the bar of the state of Texas; and that contact information is as follows:

**Austin Kaplan**
**KAPLAN LAW FIRM, PLLC**
406 Sterzing Street, Suite 200
Austin, Texas 78704
Phone: (512) 553-9390 / Fax: (512) 692-2788

Applicant having requested admission Pro Hac Vice to appear as counsel for Tom Kierl, Constance Lewis, Chris Mancuso, Sheri Parr, Paul Pham, and Wilbert Talmadge, Plaintiffs, in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __8/16/2021__
New York, New York

SO ORDERED:
_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE