UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Tom Kierl et al.,**<br><br>                              **Plaintiffs,**<br><br>           v.<br><br>**International Business Machines Corp.,**<br><br>                              **Defendant.** | Case No. 1:21-cv-05848<br><br>ECF Case<br><br>**PLAINTIFF'S NOTICE OF OPT-IN CONSENT FORM FILING** |

### PLAINTIFF'S NOTICE OF OPT-IN CONSENT FORM FILING

Plaintiffs file the consent form for Beryl Kelley, attached as Exhibit A, opting into the ADEA claims in this case.

Dated: October 16, 2021

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
900 Congress Avenue, Suite 500
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)

By: _____
     Heidi A. Coughlin
     State Bar No. 24059615
     hcoughlin@w-g.com
     Archie Carl Pierce
     State Bar No. 15991500
     cpierce@w-g.com
     Brantley Ross Pringle, Jr.
     State Bar No. 16330001

rpringle@w-g.com

and

**KAPLAN LAW FIRM, PLLC**
406 Sterzing Street, Suite 200
Austin, Texas 78704
Telephone: (512) 553-9390
Telecopier: (512) 692-2788
www.kaplanlawatx.com

By: _____
Austin Kaplan
State Bar No. 24072176
akaplan@kaplanlawatx.com

**Counsel for the Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2021, a true and correct copy of the above and foregoing was served to all counsel of record via CM/ECF as follows:

*Via Email*
Matthew W. Lampe
mwlampe@jonesday.com
Kristina A. Yost
kyost@jonesday.com
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
*Attorneys for Defendant*
*International Business Machines Corporation*

Austin Kaplan