# EXHIBIT A

**OPT-IN CONSENT FORM**

<u>Tom Kierl, et al., v. International Business Machines Corp.</u>,
C.A. No. 21-05848, U.S. District Court, Southern District of New York
Pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621

1.      I understand that this lawsuit is brought, in part, under the Age Discrimination in Employment Act, as Amended ("ADEA"), 29 U.S.C. § 621, *et seq.* I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

2.      I hereby designate KAPLAN LAW FIRM, PLLC, 406 Sterzing Street, Suite 200, Austin, Texas 78704, and any counsel they may affiliate with, to represent me for all purposes in this action.

Signature: *Beryl Kelley*
Beryl Kelley (Oct 15, 2021 15:38 PDT)

Date Signed: **Oct 15, 2021**