USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

NANCY KINNEY ET AL.,

                **Plaintiffs,**

   -against-

INTERNATIONAL BUSINESS MACHINES CORP.,

                **Defendant.**

-------------------------------------------------------------------- x

1:21-CV-05848-ALC

ORDER TO STRIKE

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiffs having filed a motion for leave to file a Second Amended Complaint (ECF No. 80) without a prior or accompanying pre-motion conference request, the Court respectfully directs the Clerk of Court to strike ECF No. 80 from the docket but retain the summary docket text for the record. Plaintiffs are directed to file a pre-motion conference request in connection with their anticipated motion for leave to amend within 7 days in accordance with my Individual Rules and Practices. Defendant shall respond to that request within three business days of the date Plaintiffs' request is filed.

**SO ORDERED.**

**Dated**: October 18, 2021
       New York, New York

                                                                 Andrew L. Carter, Jr.
                                                                U.S. District Judge