UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TOM KIERL, *ET AL.*,

       **Plaintiffs,**

  -against-           21-CV-5848 (ALC)

INTERNATIONAL BUSINESS MACHINES  **ORDER**
CORPORATION,

       **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

  The parties are ordered to provide a Joint Status Report to the Court on or before April 28, 2023 as to the status of any remaining claims in this action.

**SO ORDERED.**

**Dated:**   **New York, New York**
       **April 14, 2023**

                */s/ Andrew L. Carter, Jr.*
                **ANDREW L. CARTER, JR.**
                **United States District Judge**